# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YASIR MEHMOOD,

        Plaintiff,

vs.

CAROLYN K. DELANEY, *et al.*,

        Defendants.

Case No.: 2:15-cv-01818-GMN-GWF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE HOFFMAN**

    Before the Court for consideration is the Report and Recommendation, (ECF No. 3), of the Honorable George Foley, Jr., United States Magistrate Judge, entered April 7, 2016.

    Pursuant to Local Rule IB 3-2(a), objections were due by April 24, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Plaintiff's claims against the California Defendants be dismissed for lack of jurisdiction. Moreover, the Court gave Plaintiff until May 9, 2016, to file an amended complaint, and Plaintiff has failed to do so.  Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

    **IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 3), is **ACCEPTED and ADOPTED in full.**  Plaintiff's claims against the California Defendants are dismissed for lack of jurisdiction.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court shall close the case.

**DATED** this __14__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court